William M. Zimmerman, State Bar No. 126531
Lori S. DeCristo, State Bar No. 136756
**PISEGNA & ZIMMERMAN LLC**
5170 North Sepulveda Boulevard
Suite 230
Sherman Oaks, California 91403
Telephone (818) 377-2200

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| PAUL MARSALAS BRASFIELD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security<br><br>　　　　Defendant. | CASE NO.: 2:21-cv-2127-AS<br><br>[~~PROPOSED~~]<br>ORDER AWARDING EAJA FEES |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　IT IS ORDERD that EAJA fees are awarded in the amount of FIVE THOUSAND SIX HYNDRED DOLLARS ($5,600.00) subject to the terms of the stipulation.

DATED: January 26, 2022　　　　　　　　　　　　／ s / Sagar
　　　　　　　　　　　　　　　　　　　　HON. ALKA SAGAR
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE